JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS GRIGSBY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MNTS, INC. D/B/A MANCHESTER 76; ABE CORPORATION; EBRAHIM AKHAVAN D/B/A LAX PETROLEUM; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: CV 20-10846 MWF (PVCx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice with the Court to retain jurisdiction up until July 01, 2021.

IT IS SO ORDERED.

Dated: June 1, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge

1
ORDER